**Sally H. Fairweather, Plaintiff-Appellant, v. Robert Breen, Defendant-Appellee.**

**Gen. No. 66–32.** 

Second District.

December 29, 1966.

Rehearing denied and supplemental opinion March 3, 1967.

Seyfarth, Shaw, Fairweather and Geraldson, of Chicago, for appellant; Albert S. Salvi, of Lake Zurich, for appellee. Opinion by JUSTICE ATTEN. Not to be published in full.